<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
BEDROCK STONE AND STUFF, INC.,  )
HOWARD YOUNG and                )  Civil Action
DEBRA YOUNG, His Wife,          )  No. 04-CV-02101
                                )
          Plaintiffs            )
                                )
     vs.                        )
                                )
MANUFACTURERS AND TRADERS       )
TRUST COMPANY,                  )
                                )
          Defendant             )
```

<u>O R D E R</u>

NOW, this 25th day of May, 2005, upon consideration of the Motion for Summary Judgment of Defendant Manufacturers and Traders Trust Company filed January 27, 2005; upon consideration of Plaintiffs' Answer to Defendant's Motion for Summary Judgment was filed February 16, 2005; upon consideration of the briefs of the parties; and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that defendant's motion for summary judgment is denied.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge