```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEDROCK STONE AND STUFF, INC.,   )
HOWARD YOUNG and                 )   Civil Action
DEBRA YOUNG, His Wife,           )   No. 04-CV-02101
                                 )
          Plaintiffs             )
                                 )
     vs.                         )
                                 )
MANUFACTURERS AND TRADERS        )
TRUST COMPANY,                   )
                                 )
          Defendant              )
```

O R D E R

NOW, this 31st day of March, 2006, upon consideration of the following motions:

(1) Plaintiffs Howard Young and Debra Young's Motion for a New Trial Pursuant to Rule 59 F.R.C.P., which motion was filed June 6, 2005; together with:

Memorandum of Law of Defendant Manufacturers & Traders Trust Company in Opposition to Plaintiffs Howard Young and Debra Young's Motion for a New Trial Pursuant to Rule 59 F.R.C.P., which memorandum was filed June 27, 2005;

(2) Plaintiff Bedrock Stone and Stuff, Inc.'s Motion to Mold Judgment to Include Prejudgment Interest, which motion was filed June 9, 2005; together with:

>> Memorandum of Law of Defendant, Manufacturers and Traders Trust Company in Opposition to Plaintiff Bedrock Stone and Stuff, Inc.'s Motion to Mold Judgment to Include Prejudgment Interest, which memorandum was filed June 27, 2005; and

> (3) Motion of Defendant Manufacturers and Traders Trust Company for Judgment as a Matter of Law or, in the Alternative, for a New Trial or Remittitur, which motion was filed June 17, 2005; together with:

>> Plaintiff Bedrock Stone and Stuff Inc.'s Brief in Response to Defendant's Motion for Judgment as a Matter of Law, or in the Alternative, a New Trial or Remitittur, which brief was filed July 1, 2005;

upon consideration of the briefs of the parties; after oral argument held November 15, 2005; and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that Plaintiffs Howard Young and Debra Young's Motion for a New Trial Pursuant to Rule 59 F.R.C.P. is denied.

IT IS FURTHER ORDERED that Plaintiff Bedrock Stone and Stuff, Inc.'s Motion to Mold Judgment to Include Prejudgment Interest is denied.

IT IS FURTHER ORDERED that Motion of Defendant Manufacturers and Traders Trust Company for Judgment as a Matter of Law or, in the Alternative, for a New Trial or Remittitur is granted in part and denied in part.

IT IS FURTHER ORDERED that defendant's motion for judgment as a matter of law or in the alternative for a new trial is denied.

IT IS FURTHER ORDERED that defendant's motion for remittitur is granted.

IT IS FURTHER ORDERED that the jury's Verdict entered June 3, 2005 in the amount of $2,600,000 is reduced to $1,500,000.

IT IS FURTHER ORDERED that the judgment entered June 3, 2005 in favor of plaintiff Bedrock Stone and Stuff, Inc. and against defendant Manufacturers and Traders Trust Company in the amount of $2,600,000 is vacated.

IT IS FURTHER ORDERED that judgment is entered in favor of plaintiff Bedrock Stone and Stuff, Inc. and against defendant Manufacturers and Traders Trust Company in the amount of $1,500,000.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this matter closed.

BY THE COURT:


<u>/s/ James Knoll Gardner</u>
James Knoll Gardner
United States District Judge